UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES, | No. C 12-1480 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary of CDCR, | |
|     Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 9, 2012

                                                  SUSAN ILLSTON
                                        United States District Judge

**United States District Court**
For the Northern District of California